# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| WATSON POLAND | : | CIVIL ACTION |
| --- | --- | --- |
| | : | |
| v. | : | |
| | : | |
| RAYMOND LAWLER, et al. | : | NO. 10-0313 |

## O R D E R

**AND NOW,** this 7th day of May, 2010, upon consideration of petitioner's request for appointment of counsel (Doc. 10) and petitioner's motion for discovery (Doc. 15), for the reasons provided in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Petitioner's request for appointment of counsel is **DENIED**;

2. Petitioner's motion for discovery is **DENIED**.

BY THE COURT:

/s/ L. Felipe Restrepo

L. FELIPE RESTREPO
UNITED STATES MAGISTRATE JUDGE