IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WATSON POLAND | : | CIVIL ACTION |
| v. | : | |
| RAYMOND LAWLER, et al. | : | NO. 10-0313 |

ORDER

AND NOW, this 18 day of June, 2012, upon consideration of the Petition for Writ of Habeas Corpus filed under 28 U.S.C. § 2254 and the Response thereto, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, it is hereby ORDERED that:

    1. The Report and Recommendation is APPROVED and ADOPTED;

    2. The Petition for Writ of Habeas Corpus is DENIED and DISMISSED; and,

    3. A certificate of appealability shall not issue since, for the reasons set forth in the Report and Recommendation, petitioner has not made a substantial showing of the denial of a constitutional right.

BY THE COURT:

BERLE M. SCHILLER, J.