UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| WATSON POLAND, | : |
|      Petitioner, | : |
| | : |
|      v. | :      No. 2:10-cv-0313 |
| | : |
| RAYMOND LAWLER; | : |
| THE DISTRICT ATTORNEY OF THE | : |
| COUNTY OF PHILADELPHIA; and | : |
| THE ATTORNEY GENERAL OF THE | : |
| STATE OF PENNSYLVANIA, | : |
|      Respondents. | : |

---

**O R D E R**

**AND NOW**, this 14th day of July, 2026, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1.    The Motion for Relief from Judgment, ECF No. 35, is **DISMISSED**.

2.    To the extent the Motion is construed as a successive petition under 28 U.S.C. § 2254, a certificate of appealability is **DENIED**.

3.    This case remains **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

070926